HERMAN DRUCKER, Plaintiff, *v.* PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Defendants.

ANTHONY CORPOLONGO, Appellant, *v.* PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Respondents.

Submitted April 7, 1952; decided April 23, 1952.

*Hyman Herman* and *Oliver J. Harper* for motion.

*John G. Coleman* and *Philip J. O'Brien* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.